PHILLIP A. TALBERT
United States Attorney
STEVEN S. TENNYSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-mc-0132 KJM DB |
|---|---|
| Petitioner, | **ORDER TO SHOW CAUSE** |
| v. | HEARING DATE: MAY 12, 2023 |
| MONIQUE BLAND, | TIME: 10:00 A.M. |
| Respondent. | JUDGE: Hon. Deborah Barnes |

Upon the Petition of the United States and the declaration of Diversion Investigator Nia Smith, Respondent Monique Bland is ORDERED to appear at 10:00 a.m. on Friday, May 12, 2023 to show cause why she should not be compelled to obey United States Drug Enforcement Subpoena R7-23-146050 (the "Subpoena").

It is further ORDERED that:

1. The undersigned will preside, under 28 U.S.C. § 636(b)(1) and Local Rule 302(c)(9), at the hearing scheduled above. After the hearing, the Court intends to submit proposed findings and recommendations under Local Rule 304(a).

2. To afford Respondent an opportunity to respond, the United States shall serve this Order, the Petition as well its Exhibits, and the Points and Authorities, upon Respondent Bland in accordance with Rule 4 of the Federal Rules of Civil Procedure forthwith.

3. If Respondent has any basis to oppose the Petition, that opposition shall be made in writing and filed with the Clerk at least 10 days before the Show Cause Hearing date.

ORDER TO SHOW CAUSE                                                1

4. The Show Cause Hearing shall occur over Zoom. Respondent shall meet and confer with the United States if she requires technical assistance with Zoom. Once it becomes available, the United States shall serve the Zoom Invitation Information upon Respondent as soon as practicable.

5. At the Show Cause Hearing, the Court intends to consider the issues properly raised in the opposition to enforcement. Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered. Any uncontested allegation in the petition will be considered admitted.

6. Respondent may notify the Court, in a writing filed with the Clerk at least 10 days before the date set for the Show Cause Hearing, that she has no objections to complying with the Subpoena. Respondent's appearance at the hearing will then be excused.

Dated: April 7, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/USvBland0132.osc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER TO SHOW CAUSE                   3